STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothchild Broadcast Distribution Systems, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EZVIZ, INC.,**<br><br>**Defendant.** | **CASE NO. 2:21-cv-03623-JAK-AFM**<br><br>**REPORT OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES** |

Pursuant to L.R. 16-15.7 ("Report of Settlement"), Plaintiff advises the Court that the parties have reached an agreement in principle that will settle and dispense of this matter.  The Parties are in the process of memorializing the terms of a written settlement agreement, and anticipate they will be able to perform such terms within thirty (30) days.  Accordingly, Plaintiff respectfully requests that the Court stay the proceedings in this action, including all deadlines, up to or until July 19, 2021.  Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: June 19, 2021                    Respectfully submitted,

                                        */s/ Stephen M. Lobbin*
                                        Stephen M. Lobbin
                                        sml@smlavvocati.com
                                        SML AVVOCATI P.C.
                                        888 Prospect Street, Suite 200
                                        San Diego, California 92037
                                        (949) 636-1391 (Phone)

                                        ***Attorney(s) for Plaintiff Rothchild***
                                        ***Broadcast Distribution Systems, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                        */s/ Stephen M. Lobbin*
                                        **Stephen M. Lobbin**